UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID L. HICKS | NUMBER: 5:07cv-00115 |
| VERSUS | JUDGE STAGG |
| CADDO PARISH ANIMAL CONTROL, CADDO PARISH OF LOUISIANA, CADDO PARISH COMMISSION, DR. MICHAEL DALE, DIRECTOR OF CADDO ANIMAL CONTROL, RICHARD QUILLEN, JOANNE SHAW, AND THE CITY OF SHREVEPORT | MAG. JUDGE HORNSBY |

## ORDER

The foregoing Motion to Compel Responses to Defendant's Interrogatories and Requests for Production having been considered and good cause having been shown for the relief requested,

IT IS HEREBY ORDERED that plaintiff shall respond to defendant's Interrogatories and Requests for Production by the __13th__ day of __November__, 2007.

Shreveport, Louisiana, this __2nd__ day of __November__, 2007.

_____
UNITED STATES MAGISTRATE JUDGE